# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2018 APR -5 A 10: 20
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with an Account<br>at Dropbox, Inc., headquartered at 185 Berry St. Suite<br>400, San Francisco, California. | )<br>)<br>)  Case No.  1:18sw 140<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

information associated with the account with the user name of Sean Duncan, the email address seanandrewduncan@gmail.com, and User ID number 585419547, stored at premises owned, maintained, controlled, or operated by service provider Dropbox, Inc., headquartered at 185 Berry St. Suite 400, San Francisco, California.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime contained in records associated with the user account further described in Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before __March 23, 2018__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Theresa Carroll Buchanan__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __03/09/2018  3:15 pm__     /s/ Theresa Carroll Buchanan
                                                    United States Magistrate Judge
                                                    *Judge's signature*

City and state: __Alexandria, VA__     __Theresa Carroll Buchanan, U.S. Magistrate Judge__
                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18sw 140 | Date and time warrant executed: 2/22/18 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

CONTENT OF FILES CONTAINED IN
ACCOUNT ASSOCIATED W/ EMAIL
ADDRESS SEANANDREWDUNCAN@GMAIL.COM

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/18

_Executing officer's signature_

Nicholas Casley, Special Agent, FBI
_Printed name and title_

# ATTACHMENT A (Dropbox Inc.)

A. The search warrant will be presented to Dropbox, Inc. personnel who will be directed to isolate the Dropbox account associated with the **user name Sean Duncan, the email seanandrewduncan@gmail.com, and User ID number 585419547**. Dropbox Inc. employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the account specified above, including an exact duplicate of all information stored in the computer accounts and files described therein, including:

   a. All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e mail addresses, Dropbox and passwords, Dropbox security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

   b. All activity logs for the account and all other documents showing the user's posts and other Dropbox activities;

   c. All documents, files, or records of communications and messages stored by the user;

   d. All IP logs, including all records of the IP addresses that logged into the account;

   e. All users sharing files with the Dropbox account associated with the **user name Sean Duncan, the email seanandrewduncan@gmail.com, and User ID number 585419547**;

   f. The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

   g. All privacy settings and other account settings;

   h. All electronically managed files shared and transmitted, accessed, stored, sent, received, edited, synced, shared and/or sent, associated electronic email content; and

   i. All records pertaining to communications between Dropbox and any person regarding the user or the user's Dropbox account, including contacts with support services and records of actions taken.

B. Law enforcement personnel will thereafter review all information and records received from Dropbox employees to determine the information to be seized by law enforcement personnel. The information to be seized consists of information related to the attempt to provide material support to a designated terrorist organization, in violation of 18 U.S.C. § 2339B, and/or the possession of child pornography, in violation of 18 U.S.C. § 2252, including records relating to the identities of those who created, used, or communicated with the account.